1  AARON D. FORD
     Attorney General
2  JEFFREY D. WHIPPLE, (Bar No. 16346)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Ste. 100
   Las Vegas, Nevada 89119
5  (702) 486-3792 (phone)
   (702) 486-3768 (fax)
6  Email: jwhipple@ag.nv.gov

7  Attorneys for Interested Party
   Nevada Department of Corrections

✓ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 2, 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC A. EARLEY, | Case No. 3:24-cv-00362-MMD-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION AND ORDER TO DISMISS** |
| v. | |
| ZIMMERMAN, et al., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Marc Earley, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jeffrey D. Whipple, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 15th day of Nov, 2024.

DATED this 6th Day of November, 2024.

AARON D. FORD
Attorney General

By: /s/ _____
MARC EARLEY
Plaintiff

By: /s/ Jeffrey D. Whipple
JEFFREY D. WHIPPLE (Bar No. 16346)
Deputy Attorney General
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED  December 2, 2024

_____
UNITED STATES DISTRICT JUDGE